IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-00078-RLV-DSC

| BOBBY S. WALKER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Consent Motion of the Plaintiff Bobby S. Walker to stay proceedings in this matter pending disposition of the second charge of discrimination or retaliation filed by Walker against the Defendants before the Equal Employment Opportunity Commission, which is referenced in the Complaint, or until further order of the Court. The parties shall provide the Court a joint statement, updating the Court on proceedings in that charge, every three (3) months, on the first of the month, beginning July 1, 2013.

**SO ORDERED.**

Signed: June 6, 2013

David S. Cayer
United States Magistrate Judge