IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-00078-RLV-DSC

| BOBBY S. WALKER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Consent Motion of the Plaintiff to lift the current stay of proceedings in this matter for a brief period so that Plaintiff may file his amended complaint, and, once that amended complaint is filed, staying proceedings in this matter pending disposition of the pending appeal of the revocation of his commercial driver's license by the North Carolina Division of Motor Vehicles (DMV) through the administrative processes of that department.

The Motion is **GRANTED**. The present **STAY** is **LIFTED**. Plaintiff shall filed his amended complaint within fifteen (15) days of this Order. Upon filing of Plaintiff's amended complaint, this matter will again be **STAYED**.

The parties shall provide the Court a joint statement updating the Court on proceedings on his DMV appeal every three (3) months beginning October 1, 2014.

**SO ORDERED.**

Signed: July 10, 2014

David S. Cayer
United States Magistrate Judge